IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DEROISE J. WASHINGTON, Dr.;

Plaintiff,

vs.

MICHAEL MYERS, Director; DAVENPORT,
Lieutenant; PENNELL, Lieutenant; W.
SHEARON, Lieutenant; STUKES, Sargent,
Individual and Official; BASS, Sargent,
Individual and Official; MURPHY,
Correctional Officer; FUHLRODT,
Correctional Officer, Official; STEPHANS,
C.O. II, Official; and EMILY, Medical
Employee for the Douglas County
Correctional Center, Individual and Official
Capacity;

Defendants.

**8:25CV1**

**MEMORANDUM AND ORDER**

On August 25, 2025, the Court ordered Plaintiff Deroise J. Washington ("Plaintiff") to file an amended complaint no later than September 24, 2025, or face dismissal of this action without further notice.  Filing No. 17.  To date, Plaintiff has not filed an amended complaint or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this Court's orders.  The Court will enter judgment by a separate document.

Dated this 20th day of October, 2025.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Court